Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−29294−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janine A. Rhodes
   21 Voorhis Place
   Ringwood, NJ 07456

Social Security No.:
   xxx−xx−1043

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/19/19 at 10:00 AM

to consider and act upon the following:

*32* − Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 2015 Kia Soul. Fee Amount $ 181. filed by Creditor Hyundai Capital America, Motion for Relief from Co−Debtor Stay of Ronald Rhodes) filed by John R. Morton Jr. on behalf of Hyundai Capital America. Objection deadline is 12/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*33* − Objection to Hyundai COD (related document:32 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 2015 Kia Soul. Fee Amount $ 181. filed by Creditor Hyundai Capital America, Motion for Relief from Co−Debtor Stay of Ronald Rhodes) filed by John R. Morton Jr. on behalf of Hyundai Capital America. Objection deadline is 12/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Hyundai Capital America) filed by Robert Wachtel on behalf of Janine A. Rhodes. (Wachtel, Robert)

Dated: 12/9/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court