Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29294−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Janine A. Rhodes
 21 Voorhis Place
 Ringwood, NJ 07456

Social Security No.:
 xxx−xx−1043

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/19/19 at 10:00 AM

to consider and act upon the following:

*32* − Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 2015 Kia Soul. Fee Amount $ 181. filed by Creditor Hyundai Capital America, Motion for Relief from Co−Debtor Stay of Ronald Rhodes) filed by John R. Morton Jr. on behalf of Hyundai Capital America. Objection deadline is 12/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*33* − Objection to Hyundai COD (related document:32 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 2015 Kia Soul. Fee Amount $ 181. filed by Creditor Hyundai Capital America, Motion for Relief from Co−Debtor Stay of Ronald Rhodes) filed by John R. Morton Jr. on behalf of Hyundai Capital America. Objection deadline is 12/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Hyundai Capital America) filed by Robert Wachtel on behalf of Janine A. Rhodes. (Wachtel, Robert)

Dated: 12/9/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Janine A. Rhodes  
    Debtor

Case No. 18-29294-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 09, 2019  
                    Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.  
db        #+Janine A. Rhodes,   21 Voorhis Place,   Ringwood, NJ 07456-2234  
cr        +Hyundai Capital America,   DBA Kia Motors Finance,   PO Box 269011,   Plano, TX 75026-9011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2019 23:57:15  
        Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021  
                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        John R. Morton, Jr.   on behalf of Creditor   Hyundai Capital America ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Rebecca Ann Solarz   on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com  
        Robert Wachtel   on behalf of Debtor Janine A. Rhodes rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
        Ronald I. LeVine   on behalf of Debtor Janine A. Rhodes ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                   TOTAL: 7