UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
50200
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Hyundai Capital America
JM-5630

In Re:
JANINE A. RHODES

Order Filed on January 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-29294 (VFP)

Adv. No.:

Hearing Date:

Judge: Hon. Vincent F. Papalia

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 21, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**

Debtor:   Janine A. Rhodes / 50200
Case No:   18-29294 (VFP)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Hyundai Capital America** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Ronald Rhodes** to permit **Hyundai Capital America** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2015 Kia Soul
Vehicle Identification Number
KNDJN2A20F7149218