UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq. RL9395
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

Order Filed on April 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JANINE RHODES

Case No.: 18-29294VFP

Chapter: 13

Judge: Hon. Papalia

## ORDER APPROVING REQUEST FOR ENTRY INTO LOSS MITIGATION PROGRAM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 28, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: JANINE RHODES
Case No. 18-29294VFP
Caption of Order: ORDER APPROVING REQUEST FOR ENTRY INTO LOSS MITIGATION PROGRAM

**THIS MATTER** being opened to the Court by the Law Office of Ronald I. LeVine, attorney for the debtors herein, upon notice to Marie-Ann Greenberg, Chapter 13 Standing Trustee and Denise E. Carlon, attorney for Quicken Loans Inc., for entry of an Order approving the request for entry into Loss Mitigation Program and the Court having reviewed the Motion and any evidence presented at the hearing on the Motion (the "Hearing") and having heard statements of counsel in support thereof; and it appearing that all secured parties having been given notice of the Motion; and good and sufficient cause having been shown for entry of the within Order;

IT IS HEREBY FOUND AND DETERMIINED that:

A. Proper, timely, adequate and sufficient notice of the Motion on the hearing on the requested relief set forth above has been provided and no other or further notice of the Motion, the Hearing, or the entry of this Order is necessary.

B. A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested parties.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted allowing the debtor to file the request for entry into the Loss Mitigation Program.