UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq. RL9395
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

Order Filed on April 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JANINE RHODES

Case No.: 18-29294VFP

Chapter: 13

Judge: Hon. Papalia

ORDER APPROVING REQUEST FOR ENTRY INTO LOSS MITIGATION PROGRAM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: April 28, 2021

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtor: JANINE RHODES
Case No. 18-29294VFP
Caption of Order: ORDER APPROVING REQUEST FOR ENTRY INTO LOSS MITIGATION PROGRAM

**THIS MATTER** being opened to the Court by the Law Office of Ronald I. LeVine, attorney for the debtors herein, upon notice to Marie-Ann Greenberg, Chapter 13 Standing Trustee and Denise E. Carlon, attorney for Quicken Loans Inc., for entry of an Order approving the request for entry into Loss Mitigation Program and the Court having reviewed the Motion and any evidence presented at the hearing on the Motion (the "Hearing") and having heard statements of counsel in support thereof; and it appearing that all secured parties having been given notice of the Motion; and good and sufficient cause having been shown for entry of the within Order;

IT IS HEREBY FOUND AND DETERMIINED that:

    A. Proper, timely, adequate and sufficient notice of the Motion on the hearing on the requested relief set forth above has been provided and no other or further notice of the Motion, the Hearing, or the entry of this Order is necessary.

    B. A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested parties.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1. The Motion is granted allowing the debtor to file the request for entry into the Loss Mitigation Program.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 18-29294-VFP
Janine A. Rhodes                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janine A. Rhodes, 21 Voorhis Place, Ringwood, NJ 07456-2234 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021                             Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Hyundai Capital America ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| Ronald I. LeVine | on behalf of Debtor Janine A. Rhodes ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2  User: admin  Page 2 of 2
Date Rcvd: Apr 29, 2021  Form ID: pdf903  Total Noticed: 1
TOTAL: 6