UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RONALD I. LeVINE, ESQ. RL 9395
210 River Street - Suite 11
Hackensack, New Jersey 07601
(201) 489-7900 Telephone
Attorney for Debtors

In Re:

JANINE RHODES

Case No.: 18-29294VFP

Chapter: 13

Adv. No.: 

Hearing Date: 

Judge: Hon. Papalia

## CERTIFICATION OF SERVICE

1. I, **Julie Lettieri** :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for **Ronald I. LeVine**, who represents **the Debtor** in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On **March 3, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion to Dismiss Chapter 13 Case, Debtor Certification, Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/3/22

/s/Julie Lettieri
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Quicken Loans/Rocket Mortgage<br>Attn: Jay Farner, or current president/CEO<br>1050 Woodward Avenue<br>Detroit, MI 48226 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John R. Morton, Jr.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Ave<br>Suite 301<br>Moorestown, NJ 08057 | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other VIA ecf on 3/1/22<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other VIA ecf on 3/1/22<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Janine A. Rhodes<br>21 Voorhis Place<br>Ringwood, NJ 07456 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other VIA EMAIL on 3/1/22<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other VIA ecf on 3/1/22<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |