# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

IN RE:

JANINE RHODES

CASE NO: 18-29294-vfp

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
Judge: Vincent F Papalia
Response Date: April 5, 2022

On 3/22/2022, I did cause a copy of the following documents, described below,

Motion to Approve Loan Modification, Attorney Certification in Support of Motion, Exhibit A, & Proposed Form of Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/22/2022

/s/ RONALD I. LEVINE, Esq.
RONALD I. LEVINE, Esq.
Attorney for Debtor
Ronald I. Levine Attorney at Law
210 River Street - Suite 11
Hackensack, NJ  07601
201 489 7900

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>JANINE RHODES | CASE NO: 18-29294-vfp<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>Judge: Vincent F Papalia<br>Response Date: April 5, 2022 |

On 3/22/2022, a copy of the following documents, described below,

Motion to Approve Loan Modification, Attorney Certification in Support of Motion, Exhibit A, & Proposed Form of Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/22/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
RONALD I. LEVINE, Esq.
Ronald I. Levine Attorney at Law
210 River Street - Suite 11
Hackensack, NJ  07601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (SEE ABOVE)/ABOVE ADDRESSES
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ELECTRONIC RECEIPT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MR. RONALD RHODES<br>21 VOORHIS PLACE<br>RINGWOOD NJ 07456 | MS. JANINE RHODES<br>21 VOORHIS PLACE<br>RINGWOOD NJ 07456 | ROCKET MORTGAGE<br>ATTN: BANKRUPTCY/LOSS MIT<br>635 WOODWARD AVENUE<br>DETROIT MI 48226 |